# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| **Kimberly Francene Baker,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner(s), | ) | 3:17-cv-00063-RJC |
| | ) | 3:04-cr-00222-RJC-CH |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| Respondent(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 15, 2017 Order.

February 15, 2017

*Frank G. John*

Frank G. Johns, Clerk
United States District Court